UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COURTNEY THOMAS,

    Plaintiff,

v.

    Case No. 1:23-cv-946

    Hon. Hala Y. Jarbou

DAVID BOYSEN, et al.,

    Defendants.
_____/

## ORDER

On September 28, 2023, Magistrate Judge Ray Kent issued a Report and Recommendation (R&R) recommending that Plaintiff's Complaint be dismissed for failure to state a claim (ECF No. 7). The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on October 12, 2023. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 7) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Plaintiff's Complaint is dismissed for failure to state a claim.

A judgment will issue in accordance with this order.

Dated: October 17, 2023            /s/Hala Y. Jarbou
                                                    HALA Y. JARBOU
                                                    CHIEF UNITED STATES DISTRICT JUDGE